## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 2:19-cv-276 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Larson Electronics, LLC,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: December 21, 2019                               Respectfully submitted,

/s/ Isaac Rabicoff                                     /s/ Lance Wyatt
Isaac Rabicoff                                         Neil J. McNabnay
**Rabicoff Law LLC**                                   mcnabnay@fr.com
73 W Monroe St                                         Texas Bar No. 24002583
Chicago, IL 60603                                      Ricardo J. Bonilla
(773) 669-4590                                         rbonilla@fr.com
isaac@rabilaw.com                                      Texas Bar No. 24082704
                                                       Lance Wyatt
**Counsel for Plaintiff**                              wyatt@fr.com
**Cedar Lane Technologies Inc.**                       Texas Bar No. 24093397

                                                       **FISH & RICHARDSON P.C.**
                                                       1717 Main Street, Suite 5000
                                                       Dallas, TX 75201
                                                       (214) 747-5070 (Telephone)
                                                       (214) 747-2091 (Facsimile)

                                                       **Counsel for Defendant Larson Electronics, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties

who have appeared in this case on December 21, 2019, via the Court's CM/ECF system.


/s/ Isaac Rabicoff
Isaac Rabicoff

3

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE