# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>LARSON ELECTRONICS, LLC, §<br>§<br>*Defendant*. § | Case No. 2:19-cv-00276-JRG-RSP |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal. Dkt. No. 18. This Stipulation of Dismissal seeks to dismiss this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and with each party bearing its own costs, expenses, and attorneys' fees. *Id*.

After consideration, the Court **APPROVES** this Stipulation of Dismissal. It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and attorneys' fees. The Clerk is directed to close this case as no active defendants remain.

**So Ordered this**
**Dec 27, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE